PETER JAKAB (PJ-8553)
FEIN & JAKAB
The Woolworth Building
233 Broadway, Suite 930
New York, New York 10279
(212) 732-9290

MARTIN R. GLICK
JEFFREY E. FAUCETTE
ROBERT CRUZEN
HOWARD, RICE, NEMEROVSKI
  CANADY, FALK & RABKIN,
  A Professional Corporation
Three Embarcadero Center
San Francisco, CA 94111
(415) 434-1600

Attorneys for Plaintiffs
HEWLETT-PACKARD COMPANY,
HEWLETT-PACKARD DEVELOPMENT
COMPANY, L.P. and COMPAQ
TRADEMARK, B.V.

JUDGE GRIESA

05 CV 3394

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
HEWLETT-PACKARD COMPANY, a
Delaware corporation, HEWLETT-PACKARD
DEVELOPMENT COMPANY, L.P., Texas
limited partnership, and COMPAQ
TRADEMARK, B.V., a Netherlands
company,

       Plaintiffs,

 -against-

COMPUTERSIANTS.COM, INC., a New York
corporation, DEAN SOUKERAS, DEAN
COHEN and RYAN RAMOS,

       Defendants.
-------------------------------------------------------x

CASE NO.:

**RULE 7.1 STATEMENT**

  Pursuant to F.R.C.P. Rule 7.1 (formerly Local general Rule 9 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York) and to enable

Case 1:05-cv-03394-TPG   Document 2   Filed 03/30/05   Page 2 of 2

judges and magistrate judges of the court to evaluate possible disqualification of recusal, the undersigned counsel of record for Plaintiffs certifies as follows:

HEWLETT-PACKARD COMPANY is a publicly-traded company that has no parent corporation nor any publicly-held corporation that owns 10% or more of its stock. Hewlett-Packard company is the parent corporation of both Hewlett-Packard Development Company, L.P. and Compaq Trademark, B.V.

Dated: New York, New York
       March 30, 2005

x_*Peter Jakob*_
PETER JAKAB (PJ-8553)
FEIN & JAKAB
Attorneys for Plaintiffs
The Wool Worth Building
233 Broadway, Suite 930
New York, New York 10279

MARTIN R. GLICK
JEFFREY E. FAUCETTE
ROBERT CRUZEN
HOWARD, RICE, NEMEROVSKI
  CANADY, FALK & RABKIN,
  A Professional Corporation
Three Embarcadero Center
San Francisco, CA 94111