May 24 05 02:28p    Fein & Jakab                    212 227 6479           p.2

GRIESA, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HEWLETT-PACKARD COMPANY, a
Delaware Corporation, HEWLETT-PACKARD
DEVELOPMENT COMPANY, L.P., a Texas
limited partnership, and COMPAQ
TRADEMARK, B.V., a Netherlands company,

          Plaintiffs,

- against -

COMPUTERGIRANTS.COM, INC., a New York
corporation, DEAN SOUKERAS, DEAN
COHEN and RYAN RAMOS,

          Defendants.

05 Civ. 3394 (TPG)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/05
```

## JOINT STIPULATION FOR AN EXTENSION OF TIME

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys, counsel for the parties, that (a) Defendants' time to answer or otherwise move in response to Plaintiffs' Complaint is extended to June 3, 2005 and (b) Defendants each agree to accept service of Plaintiffs' Summons and Complaint and to waive any objections as to service of process.

FEIN & JAKAB

By: _____ 5/24/05
Peter Jakab (PJ 8553)
The Woolworth Building
233 Broadway - Suite 930
New York, New York 10279
(212) 732-9290
*Attorneys for Defendants*

PRYOR CASHMAN SHERMAN & FLYNN LLP

By: _____
Kenneth A. Schulman (KS 0961)
Ronald A. Giller (RG 7415)
410 Park Avenue
New York, New York 10022
(212) 421-4100
*Attorneys for Plaintiffs*

SO ORDERED:

_____ /BK
Thomas V. Griesa
U.S.D.J.
JUNE 6, 2005

PAGE 2/2 * RCVD AT 5/24/2005 2:30:56 PM [Eastern Daylight Time] * SVR:NY21/7 * DNIS:6381 * CSID:212 227 6479 * DURATION (mm-ss):01-36